**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

Grace Schulte, individually and on behalf of all others similarly situated,

Plaintiff,

Case No. 1:26-cv-4843-MLB

v.

Flock Group Inc.,

Defendant.

________________________________/

Jarrod Whitson, individually and on behalf of all others similarly situated,

Plaintiff,

Case No. 1:26-cv-5256-MLB

v.

Flock Group Inc.,

Defendant.

________________________________/

**ORDER CONSOLIDATING ACTIONS**

The Court **GRANTS** Plaintiffs' Motion to Consolidate Related Actions, Appoint Interim Class Counsel, and Establish Interim Leadership Structure (Case No. 1:26-cv-4843-MLB, Dkt. 10) to the extent Plaintiffs seek to consolidate *Schulte* and *Whitson*. The Court otherwise **DENIES** Plaintiffs' Motion (Case No. 1:26-cv-4843-MLB, Dkt. 10).

The Court **DIRECTS** the Clerk to **CONSOLIDATE** *Jarrod Whitson v. Flock Group Inc.*, Case No. 1:26-cv-5256-MLB with *Grace Schulte v. Flock Group Inc.*, Case No. 1:26-cv-4843-MLB. The Court **DIRECTS** the Clerk to **DOCKET** this Order in both cases and to **ADMINISTRATIVELY CLOSE** *Jarrod Whitson v. Flock Group Inc.*, Case No. 1:26-cv-5256-MLB. This matter shall proceed only under *Grace Schulte v. Flock Group Inc.*, Case No. 1:26-cv-4843-MLB and all subsequent filings shall be captioned only for Case No. 1:26-cv-4843-MLB.

The Court **ORDERS** Plaintiffs to file a single consolidated complaint in Case No. 1:26-cv-4843-MLB within the next 21 days. Defendant may file an answer or responsive motion within 30 days after that.

**SO ORDERED** this 29th day of October, 2026.

MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE